PAUL A. PAOLELLA v. ANGELO POPOLILLO.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. MASINO.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSIE L. McKNIGHT.

October 20, 1981.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF NELLIE
H. JURGILEVITS.

October 20, 1981.

Petition for certification denied.